**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1099**

In re:  EDWARD RICHARDSON,

Debtor.

--------------------------------------

EDWARD RICHARDSON,

Plaintiff - Appellant,

v.

PRIDEROCK CAPITAL PARTNERS, LLC,

Creditor - Appellee.

------------------------------------------

NATIONAL CONSUMER BANKRUPTCY RIGHTS CENTER; NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS,

Amici Curiae.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge.  (1:17-cv-00940-LO-MSN)

Submitted:  May 22, 2018                    Decided:  May 30, 2018

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edward Richardson, Appellant Pro Se.  Robert Michael Marino, REDMOND, PEYTON & BRASWELL, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Richardson appeals the district court's order affirming the bankruptcy court's order denying his motion for civil sanctions against Priderock Capital Partners, LLC. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Richardson v. Priderock Capital Partners, LLC*, No. 1:17-cv-00940-LO-MSN (E.D. Va. filed Dec. 21, 2017 & entered Dec. 22, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*